# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 5, 2015

**Before**

RICHARD A. POSNER, *Circuit Judge*

No. 14-2179

| | |
|---|---|
| MOHAMED BOURAS, | On Petition for Review of an |
| *Petitioner*, | Order of the Board of Immigration |
| | Appeals. |
| *v.* | |
| | No. A089 601 787 |
| ERIC H. HOLDER, JR., | |
| *Respondent*. | |

## CORRECTION IN DISSENTING OPINION ISSUED ON MARCH 4, 2015

On page 31 of the dissenting opinion appears the parenthetical statement:

> (the bar to which Bouras's lawyer belongs, see "Scott Eric Bratton," *Margaret W. Wong & Associates*, www.imwong.com/about-us/attorneys/scott-eric-bratton/)

This statement is incorrect and is hereby replaced by the following parenthetical statement:

> (the bar to which to Bouras's lawyer in the proceeding in the Immigration Court belongs, see "DiFranco Law—Practice Areas of Focus," www.difrancolaw.com)